**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:26-cv-80171-CANNON/MCCABE

JARRETT ROKER, on behalf of himself
and others similarly situated,

                Plaintiff,

v.

JUPITER MEDICAL CENTER, INC.,

                Defendant.

**[PROPOSED] ORDER**

This matter is before the Court on a Motion to Transfer Venue to the United States District Court for the Western District of Missouri and to Stay Proceedings filed by Defendant Jupiter Medical Center, Inc. (the "Motion"). The Court has considered the Motion, and being otherwise fully advised on the premises, it is hereby **ORDERED** that the Motion is **GRANTED**.

      **DONE AND ORDERED** in Miami, Florida, this _____ day of _____, 2026.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE