# Exhibit A

**From:** Scully, Elizabeth
**To:** Matt Stephens; Darren Newhart
**Cc:** Singer Brady, Julie; Susan Reynolds; Lockyer, Brittany N.
**Subject:** RE: Roker v Jupiter Medical Center, Inc. - Extension
**Date:** Wednesday, February 25, 2026 12:43:22 PM
**Attachments:** image002.png
image003.png
image004.png
image005.png
image006.png
image007.png
image008.png

It is not an MDL. To date, the parties have agreed to transfer and consolidation of the related putative class actions arising from the Cerner Incident.

Sincerely,

Elizabeth


**Elizabeth Scully**
She | Her | Hers
Partner

BakerHostetler
Washington Square
1050 Connecticut Ave N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1698

escully@bakerlaw.com
bakerlaw.com

---

**From:** Matt Stephens <mstephens@mtattorneys.com>
**Sent:** Wednesday, February 25, 2026 12:23 PM
**To:** Lockyer, Brittany N. <blockyer@bakerlaw.com>; darren@newhartlegal.com
**Cc:** Scully, Elizabeth <EScully@bakerlaw.com>; Singer Brady, Julie <JSingerBrady@bakerlaw.com>; Susan Reynolds <sreynolds@mtattorneys.com>
**Subject:** RE: Roker v Jupiter Medical Center, Inc. - Extension

Brittany and Julie

Is the Cerner/Oracle data breach case that is pending in the WD of MO an **MDL** case? I ask because it is not listed on the MDL docket. See attached.

Thanks,

Matt

**Matt Stephens**

**mt**
**METHVIN TERRELL**
A T T O R N E Y S

Mᴇᴛʜᴠɪɴ, Tᴇʀʀᴇʟʟ, Yᴀɴᴄᴇʏ, Sᴛᴇᴘʜᴇɴs & Mɪʟʟᴇʀ, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205
(205) 939-0199
mstephens@mtattorneys.com
www.mtattorneys.com
Licensed in Alabama, Florida and Mississippi
Confidentiality Notice: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Lockyer, Brittany N. <blockyer@bakerlaw.com>
**Sent:** Thursday, February 19, 2026 3:21 PM
**To:** Matt Stephens <mstephens@mtattorneys.com>; darren@newhartlegal.com
**Cc:** Scully, Elizabeth <EScully@bakerlaw.com>; Singer Brady, Julie <JSingerBrady@bakerlaw.com>; Susan Reynolds <sreynolds@mtattorneys.com>
**Subject:** RE: Roker v Jupiter Medical Center, Inc. - Extension

You don't often get email from blockyer@bakerlaw.com. Learn why this is important

Hi Matt – Understood. We will follow up with you to confirm your opposition before we file any transfer motion. And thank you on the extension – we will file a motion tomorrow indicating that you do not oppose an extension of the response deadline pending resolution of our forthcoming motion to transfer.

Regards,
B

---

**From:** Matt Stephens <mstephens@mtattorneys.com>

| United States Judicial Panel on Multidistrict Litigation | Report Date: 2/2/2026 |
|---|---|

## MDL Statistics Report - Distribution of Pending MDL Dockets by District

**MDL Filters:**
  **Status:** Transferred
  Limited to **Active Litigations**

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| ALN | Anna M. Manasco (U.S. District Judge) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 20 | 108 |
| AZ | David G. Campbell (Sr. District Judge) | MDL -3081 | IN RE: Bard Implanted Port Catheter Products Liability Litigation | 2,674 | 2,832 |
| CAC | James V. Selna (Sr. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 6 | 466 |
| | Andre Birotte, Jr (U.S. District Judge) | MDL -2814 | IN RE: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation | 137 | 1,307 |
| | John A. Kronstadt (Sr. District Judge) | MDL -2905 | IN RE: ZF-TRW Airbag Control Units Products Liability Litigation | 27 | 27 |
| | James V. Selna (Sr. District Judge) | MDL -3052 | IN RE: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | 100 | 117 |
| | George H. Wu (Sr. District Judge) | MDL -3144 | IN RE: TikTok, Inc., Minor Privacy Litigation | 12 | 22 |
| CAN | Jon S. Tigar (U.S. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 54 | 75 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2672 | IN RE: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | 130 | 1,889 |
| | Vince Chhabria (U.S. District Judge) | MDL -2741 | IN RE: Roundup Products Liability Litigation | 3,902 | 5,242 |
| | Vince Chhabria (U.S. District Judge) | MDL -2843 | IN RE: Facebook, Inc., Consumer Privacy User Profile Litigation | 32 | 49 |
| | William H. Orrick, III (U.S. District Judge) | MDL -2913 | IN RE: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 14 | 7,071 |
| | Maxine M. Chesney (Sr. District Judge) | MDL -2918 | IN RE: Hard Disk Drive Suspension Assemblies Antitrust Litigation | 30 | 36 |
| | Haywood S. Gilliam, Jr (U.S. District Judge) | MDL -2951 | IN RE: StubHub Refund Litigation | 6 | 6 |
| | Richard Seeborg (Chief Judge, USDC) | MDL -2966 | IN RE: Xyrem (Sodium Oxybate) Antitrust Litigation | 11 | 13 |
| | James Donato (U.S. District Judge) | MDL -2981 | IN RE: Google Play Store Antitrust Litigation | 14 | 21 |
| | Edward J. Davila (Sr. District Judge) | MDL -2985 | IN RE: Apple Inc. App Store Simulated Casino-Style Games Litigation | 4 | 11 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2996 | IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation | 235 | 262 |
| | Edward J. Davila (Sr. District Judge) | MDL -3001 | IN RE: Google Play Store Simulated Casino-Style Games Litigation | 12 | 13 |
| | Yvonne Gonzalez Rogers (U.S. District Judge) | MDL -3047 | IN RE: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | 2,325 | 2,493 |
| | Charles R. Breyer (Sr. District Judge) | MDL -3084 | IN RE: Uber Technologies, Inc., Passenger Sexual Assault Litigation | 3,188 | 3,337 |
| | Beth Labson Freeman (U.S. District Judge) | MDL -3087 | IN RE: Future Motion, Inc. Products Liability Litigation | 158 | 161 |
| | Edward M Chen (Sr. District Judge) | MDL -3098 | IN RE: 23andMe, Inc., Customer Data Security Breach Litigation | 41 | 41 |
| | Jacqueline Scott Corley (U.S. District Judge) | MDL -3101 | IN RE: Baby Food Products Liability Litigation | 389 | 399 |
| | Vince Chhabria (U.S. District Judge) | MDL -3161 | IN RE: CCell Closed Cannabis Oil Vaporization Systems and Components Products Antitrust Litigation | 5 | 5 |
| | Richard Seeborg (Chief Judge, USDC) | MDL -3166 | IN RE: Roblox Corporation Child Sexual Exploitation and Assault Litigation | 115 | 115 |
| CAS | Dana M. Sabraw (U.S. District Judge) | MDL -2670 | IN RE: Packaged Seafood Products Antitrust Litigation | 5 | 84 |
| | Gonzalo P. Curiel (Sr. District Judge) | MDL -2992 | IN RE: Bank of America California Unemployment Benefits Litigation | 33 | 45 |
| | Jinsook Ohta (U.S. District Judge) | MDL -3125 | IN RE: AngioDynamics, Inc., and Navilyst Medical, Inc., Port Catheter Products Liability Litigation | 317 | 330 |
| | Roger T. Benitez (Sr. District Judge) | MDL -3149 | IN RE: PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation | 79 | 89 |
| CO | Philip A. Brimmer (Chief Judge, USDC) | MDL -3160 | IN RE: Archery Products Antitrust Litigation | 24 | 25 |
| DC | Emmet G. Sullivan (Sr. District Judge) | MDL -2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 1 | 40 |
| | Colleen Kollar-Kotelly (U.S. District Judge) | MDL -2656 | IN RE: Domestic Airline Travel Antitrust Litigation | 105 | 111 |
| | John D. Bates (U.S. District Judge) | MDL -3162 | IN RE: Class Action Settlement Administration Litigation | 10 | 10 |
| DE | Joshua D. Wolson (U.S. District Judge) | MDL -2358 | IN RE: Google Inc. Cookie Placement Consumer Privacy Litigation | 26 | 26 |
| | Richard G. Andrews (Sr. District Judge) | MDL -2930 | IN RE: Entresto (Sacubitril/Valsartan) Patent Litigation | 1 | 28 |
| | Richard G. Andrews (Sr. District Judge) | MDL -3017 | IN RE: Xarelto (Rivaroxaban) ('310) Patent Litigation | 2 | 33 |
| | Maryellen Noreika (U.S. District Judge) | MDL -3158 | IN RE: SAP SE, et al., Patent Litigation | 4 | 4 |
| FLM | Roy B. Dalton, Jr (Sr. District Judge) | MDL -3006 | IN RE: Tasigna (Nilotinib) Products Liability Litigation | 36 | 39 |
| FLN | M. Casey Rodgers (U.S. District Judge) | MDL -3140 | IN RE: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation | 2,098 | 2,123 |

| | | | | |
|---|---|---|---|---|
| FLS | Roy K. Altman (U.S. District Judge) | MDL -1916  IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 5 | 31 |
| | Federico A. Moreno (Sr. District Judge) | MDL -2599  IN RE: Takata Airbag Products Liability Litigation | 78 | 350 |
| | K. Michael Moore (U.S. District Judge) | MDL -2832  IN RE: Liquid Toppings Dispensing System ('447) Patent Litigation | 2 | 15 |
| | Darrin P. Gayles (U.S. District Judge) | MDL -2841  IN RE: MONAT Hair Care Products Marketing, Sales Practices and Products Liability Litigation | 13 | 13 |
| | Robin L. Rosenberg (U.S. District Judge) | MDL -2924  IN RE: Zantac (Ranitidine) Products Liability Litigation | 851 | 15,016 |
| | Raag Singhal (U.S. District Judge) | MDL -3015  IN RE: Johnson & Johnson Sunscreen Marketing, Sales Practices and Products Liability Litigation | 0 | 16 |
| | K. Michael Moore (U.S. District Judge) | MDL -3076  IN RE: FTX Cryptocurrency Exchange Collapse Litigation | 35 | 37 |
| | | | | |
| GAN | Richard W. Story (Sr. District Judge) | MDL -2782  IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation | 0 | 4,054 |
| | Leigh Martin May (U.S. District Judge) | MDL -2974  IN RE: Paragard IUD Products Liability Litigation | 3,867 | 4,139 |
| | Eleanor L. Ross (U.S. District Judge) | MDL -3051  IN RE: ARC Airbag Inflators Products Liability Litigation | 24 | 24 |
| | Thomas W. Thrash, Jr (Sr. District Judge) | MDL -3115  IN RE: Consumer Vehicle Driving Data Tracking Litigation | 21 | 35 |
| | | | | |
| IAS | Stephen H. Locher (U.S. District Judge) | MDL -3132  IN RE: Midwest Energy Emissions Corp. Patent Litigation | 2 | 7 |
| | | | | |
| ILN | Manish S. Shah (U.S. District Judge) | MDL -2492  IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 585 | 601 |
| | Virginia M. Kendall (Chief Judge, USDC) | MDL -2867  IN RE: Local TV Advertising Antitrust Litigation | 15 | 23 |
| | Elaine E. Bucklo (Sr. District Judge) | MDL -2931  IN RE: Delta Dental Antitrust Litigation | 27 | 28 |
| | Sharon Johnson Coleman (U.S. District Judge) | MDL -2967  IN RE: Clearview AI, Inc., Consumer Privacy Litigation | 0 | 14 |
| | Rebecca R. Pallmeyer (U.S. District Judge) | MDL -3026  IN RE: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation | 775 | 956 |
| | Iain D. Johnston (U.S. District Judge) | MDL -3030   IN RE: Deere & Company Repair Services Antitrust Litigation | 14 | 16 |
| | Matthew F. Kennelly (Sr. District Judge) | MDL -3037  IN RE: Recalled Abbott Infant Formula Products Liability Litigation | 64 | 141 |
| | Mary M. Rowland (U.S. District Judge) | MDL -3060  IN RE: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation | 11,195 | 15,029 |
| | Thomas M. Durkin (U.S. District Judge) | MDL -3079  IN RE: Tepezza Marketing, Sales Practices, and Products Liability Litigation | 277 | 286 |
| | Matthew F. Kennelly (Sr. District Judge) | MDL -3121  IN RE: MultiPlan Health Insurance Provider Litigation | 70 | 81 |
| | Sara L. Ellis (U.S. District Judge) | MDL -3152  IN RE: Construction Equipment Rental Antitrust Litigation | 22 | 27 |
| | Robert W. Gettleman (Sr. District Judge) | MDL -3170  IN RE: Trans Union, LLC, Customer Data Security Breach Litigation | 60 | 61 |
| | | | | |
| ILS | Nancy J. Rosenstengel (Chief Judge, USDC) | MDL -3004  IN RE: Paraquat Products Liability Litigation | 6,489 | 8,272 |
| | | | | |
| INS | Richard L. Young (Sr. District Judge) | MDL -2570  IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation | 6,873 | 11,464 |
| | | | | |
| LAE | Carl J. Barbier (U.S. District Judge) | MDL -2179  IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 1 | 6,157 |
| | Eldon E. Fallon (Sr. District Judge) | MDL -2592  IN RE: Xarelto (Rivaroxaban) Products Liability Litigation | 0 | 31,965 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -2740  IN RE: Taxotere (Docetaxel) Products Liability Litigation | 1,335 | 15,572 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -3023  IN RE: Taxotere (Docetaxel) Eye Injury Products Liability Litigation | 374 | 430 |
| | | | | |
| MA | Nathaniel M. Gorton (Sr. District Judge) | MDL -2566  IN RE: TelexFree Securities Litigation | 3 | 15 |
| | Indira Talwani (U.S. District Judge) | MDL -2768  IN RE: Stryker LFIT V40 Femoral Head Products Liability Litigation | 59 | 1,237 |
| | Denise J. Casper (Chief Judge, USDC) | MDL -2938  IN RE: Evenflo Company, Inc., Marketing, Sales Practices and Products Liability Litigation | 28 | 28 |
| | Patti B. Saris (Sr. District Judge) | MDL -3029  IN RE: Covidien Hernia Mesh Products Liability Litigation (No. II) | 2,260 | 2,266 |
| | Allison D. Burroughs (U.S. District Judge) | MDL -3083  IN RE: MOVEit Customer Data Security Breach Litigation | 288 | 350 |
| | Denise J. Casper (Chief Judge, USDC) | MDL -3154  IN RE: Respimat Pharmaceuticals Antitrust Litigation | 2 | 2 |
| | | | | |
| MD | James K. Bredar (Sr. District Judge) | MDL -2775  IN RE: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation | 0 | 1,089 |
| | John P. Bailey (U.S. District Judge) | MDL -2879  IN RE: Marriott International, Inc., Customer Data Security Breach Litigation | 73 | 91 |
| | | | | |
| MIE | F. Kay Behm (U.S. District Judge) | MDL -2311  IN RE: Automotive Parts Antitrust Litigation | 16 | 382 |
| | Matthew F. Leitman (U.S. District Judge) | MDL -2818  IN RE: General Motors Air Conditioning Marketing and Sales Practices Litigation | 15 | 15 |
| | Terrence G. Berg (U.S. District Judge) | MDL -3034  IN RE: Neo Wireless, LLC, Patent Litigation | 7 | 9 |
| | David M. Lawson (Sr. District Judge) | MDL -3040  IN RE: Chrysler Pacifica Fire Recall Products Liability Litigation | 11 | 13 |
| | Mark A. Goldsmith (U.S. District Judge) | MDL -3159  IN RE: Keffer Development Services, LLC, Data Security Breach Litigation | 12 | 12 |
| | | | | |
| MN | Donovan W. Frank (Sr. District Judge) | MDL -2441  IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 27 | 3,638 |
| | Joan N. Ericksen (Sr. District Judge) | MDL -2666  IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | 8,490 | 10,623 |
| | John R. Tunheim (Sr. District Judge) | MDL -2998  IN RE: Pork Antitrust Litigation | 51 | 54 |
| | John R. Tunheim (Sr. District Judge) | MDL -3031  IN RE: Cattle and Beef Antitrust Litigation | 35 | 36 |
| | Donovan W. Frank (Sr. District Judge) | MDL -3108  IN RE: Change Healthcare, Inc., Customer Data Security Breach Litigation | 90 | 102 |
| | Jerry W. Blackwell (U.S. District Judge) | MDL -3110  IN RE: Granulated Sugar Antitrust Litigation | 54 | 58 |
| | Katherine Marie Menendez (U.S. District Judge) | MDL -3128  IN RE: Dividend Solar Finance, LLC, and Fifth Third Bank Sales and Lending Practices Litigation | 38 | 44 |
| | Jerry W. Blackwell (U.S. District Judge) | MDL -3155  IN RE: Air Crash at Toronto Pearson International Airport on February 17, 2025 | 27 | 27 |
| | | | | |
| MOW | Beth Phillips (Chief Judge, USDC) | MDL -2984  IN RE: Folgers Coffee Marketing and Sales Practices Litigation | 7 | 13 |

| | | | | |
|---|---|---|---|---|
| | Brian C. Wimes (U.S. District Judge) | MDL -3073  IN RE: T-Mobile 2022 Customer Data Security Breach Litigation | 18 | 18 |
| MT | Brian Morris (Chief Judge, USDC) | MDL -3126  IN RE: Snowflake, Inc., Data Security Breach Litigation | 73 | 103 |
| NCM | Thomas D. Schroeder (Chief Judge, USDC) | MDL -3062  IN RE: Crop Protection Products Loyalty Program Antitrust Litigation | 26 | 44 |
| NCW | Kenneth D. Bell (U.S. District Judge) | MDL -3036  IN RE: Gardasil Products Liability Litigation | 129 | 258 |
| NH | Landya B. McCafferty (Chief Judge, USDC) | MDL -2753  IN RE: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation | 246 | 3,592 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -1663  IN RE: Insurance Brokerage Antitrust Litigation | 2 | 52 |
| | Karen M. Williams (U.S. District Judge) | MDL -2243  IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 564 | 1,292 |
| | Michael A. Shipp (U.S. District Judge) | MDL -2738  IN RE: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation | 67,622 | 69,583 |
| | Claire C. Cecchi (U.S. District Judge) | MDL -2789  IN RE: Proton-Pump Inhibitor Products Liability Litigation (No. II) | 11,322 | 18,706 |
| | Renee M. Bumb (Chief Judge, USDC) | MDL -2875  IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation | 1,403 | 1,588 |
| | Jamel K. Semper (U.S. District Judge) | MDL -2904  IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation | 42 | 56 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2921  IN RE: Allergan Biocell Textured Breast Implant Products Liability Litigation | 1,481 | 1,558 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2973  IN RE: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation | 640 | 1,988 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -3080  IN RE: Insulin Pricing Litigation | 493 | 579 |
| | Julien Xavier Neals (U.S. District Judge) | MDL -3113  IN RE: Apple Inc. Smartphone Antitrust Litigation | 31 | 45 |
| | Zahid N. Quraishi (U.S. District Judge) | MDL -3134  IN RE: AVYCAZ (Ceftazidime and Avibactam) Patent Litigation | 2 | 2 |
| | Christine P. O'Hearn (U.S. District Judge) | MDL -3138  IN RE: Denosumab Patent Litigation | 8 | 11 |
| NM | James O. Browning (U.S. District Judge) | MDL -2695  IN RE: Santa Fe Natural Tobacco Company Marketing and Sales Practices Litigation | 17 | 17 |
| | Matthew L. Garcia (U.S. District Judge) | MDL -3119  IN RE: Shale Oil Antitrust Litigation | 26 | 26 |
| NYE | Brian M. Cogan (Sr. District Judge) | MDL -1720  IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 65 | 135 |
| | Nicholas G. Garaufis (Sr. District Judge) | MDL -3044  IN RE: Exactech Polyethylene Orthopedic Products Liability Litigation | 1,838 | 1,847 |
| | Rachel P. Kovner (U.S. District Judge) | MDL -3096  IN RE: Perry Johnson & Associates Medical Transcription Data Security Breach Litigation | 57 | 57 |
| NYS | Denise L. Cote (Sr. District Judge) | MDL -1358  IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 4 | 190 |
| | George B. Daniels (Sr. District Judge) | MDL -1570  IN RE: Terrorist Attacks on September 11, 2001 | 369 | 379 |
| | Vernon S. Broderick (U.S. District Judge) | MDL -2542  IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 21 | 30 |
| | J. Paul Oetken (U.S. District Judge) | MDL -2704  IN RE: Interest Rate Swaps Antitrust Litigation | 3 | 11 |
| | Jesse M. Furman (U.S. District Judge) | MDL -2859  IN RE: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation | 2 | 332 |
| | Lewis A. Kaplan (Sr. District Judge) | MDL -2865  IN RE: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation | 103 | 187 |
| | P. Kevin Castel (Sr. District Judge) | MDL -3010  IN RE: Google Digital Advertising Antitrust Litigation | 17 | 48 |
| | Paul A. Engelmayer (U.S. District Judge) | MDL -3028  IN RE: ONE Apus Container Ship Incident on November 30, 2020 | 66 | 81 |
| | Denise L. Cote (Sr. District Judge) | MDL -3043  IN RE: Acetaminophen - ASD/ADHD Products Liability Litigation | 58 | 722 |
| | Katherine Polk Failla (U.S. District Judge) | MDL -3050  IN RE: Chantix (Varenicline) Marketing, Sales Practices and Products Liability Litigation (No. II) | 17 | 17 |
| | Lewis J. Liman (U.S. District Judge) | MDL -3097  IN RE: Concrete and Cement Additives Antitrust Litigation | 17 | 17 |
| | Sidney H. Stein (Sr. District Judge) | MDL -3143  IN RE: OpenAI, Inc., Copyright Infringement Litigation | 15 | 16 |
| | Edgardo Ramos (U.S. District Judge) | MDL -3153  IN RE: Coinbase Customer Data Security Breach Litigation | 19 | 21 |
| OHN | Jeffrey J. Helmick (U.S. District Judge) | MDL -2197  IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 128 | 10,453 |
| | Dan A. Polster (Sr. District Judge) | MDL -2804  IN RE: National Prescription Opiate Litigation | 2,957 | 3,182 |
| | J. Philip Calabrese (U.S. District Judge) | MDL -3092  IN RE: Suboxone (Buprenorphine/Naloxone) Film Products Liability Litigation | 1,853 | 1,907 |
| | Sara Lioi (Chief Judge, USDC) | MDL -3107  IN RE: Passenger Vehicle Replacement Tires Antitrust Litigation | 23 | 37 |
| OHS | Edmund A. Sargus, Jr (U.S. District Judge) | MDL -2846  IN RE: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation | 23,728 | 25,106 |
| | Douglas R. Cole (U.S. District Judge) | MDL -3157  IN RE: Procter & Gamble Company "Protect, Grow and Restore" Marketing and Sales Practices Litigation | 7 | 7 |
| OKN | Gregory K Frizzell (Chief Judge, USDC) | MDL -2700  IN RE: Genentech, Inc., Herceptin (Trastuzumab) Marketing and Sales Practices Litigation | 13 | 15 |
| PAE | Cynthia M. Rufe (Sr. District Judge) | MDL -1871  IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 2 | 5,299 |
| | Anita B. Brody (Sr. District Judge) | MDL -2323  IN RE: National Football League Players' Concussion Injury Litigation | 329 | 352 |
| | Timothy J. Savage (Sr. District Judge) | MDL -2460  IN RE: Niaspan Antitrust Litigation | 20 | 23 |
| | Cynthia M. Rufe (Sr. District Judge) | MDL -2724  IN RE: Generic Pharmaceuticals Pricing Antitrust Litigation | 142 | 215 |
| | Harvey Bartle, III (Sr. District Judge) | MDL -2848  IN RE: Zostavax (Zoster Vaccine Live) Products Liability Litigation | 826 | 2,665 |
| | Karen S. Marston (U.S. District Judge) | MDL -3094  IN RE: Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation | 3,191 | 3,225 |
| | Karen S. Marston (U.S. District Judge) | MDL -3163  IN RE: Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Non-Arteritic Anterior Ischemic Optic Neuropathy Products Liability Litigation | 37 | 37 |
| PAM | Karoline Mehalchick (Magistrate Judge) | MDL -2816  IN RE: Sorin 3T Heater-Cooler System Products Liability Litigation (No. II) | 1 | 105 |

| | | | | |
|---|---|---|---|---|
| PAW | W. Scott Hardy (U.S. District Judge) | MDL -2862  IN RE: Diisocyanates Antitrust Litigation | 12 | 12 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3014  IN RE: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation | 618 | 1,027 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3021  IN RE: SoClean, Inc., Marketing, Sales Practices and Products Liability Litigation | 2 | 63 |
| RI | Mary S. McElroy (U.S. District Judge) | MDL -3148  IN RE: GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II) | 32 | 32 |
| SC | Richard M. Gergel (U.S. District Judge) | MDL -2873  IN RE: Aqueous Film-Forming Foams Products Liability Litigation | 15,216 | 19,791 |
| | Joseph F. Anderson, Jr (Sr. District Judge) | MDL -2972  IN RE: Blackbaud, Inc., Customer Data Security Breach Litigation | 26 | 31 |
| TNM | Waverly D. Crenshaw, Jr (U.S. District Judge) | MDL -3071  IN RE: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | 13 | 48 |
| TNW | S. Thomas Anderson (U.S. District Judge) | MDL -3035  IN RE: AME Church Employee Retirement Fund Litigation | 6 | 6 |
| | Sheryl H. Lipman (Chief Judge, USDC) | MDL -3127  IN RE: Evolve Bank & Trust Customer Data Security Breach Litigation | 39 | 39 |
| TXN | David C. Godbey (Chief Judge, USDC) | MDL -2099  IN RE: Stanford Entities Securities Litigation | 15 | 156 |
| | Ada E. Brown (U.S. District Judge) | MDL -3114  IN RE: AT&T Inc. Customer Data Security Breach Litigation | 136 | 137 |
| UT | Robert J. Shelby (U.S. District Judge) | MDL -3167  IN RE: Broiler Chicken Grower Antitrust Litigation (No. III) | 6 | 6 |
| VAE | David J. Novak (U.S. District Judge) | MDL -3111  IN RE: Capital One 360 Savings Account Interest Rate Litigation | 8 | 8 |
| WIE | Lynn S. Adelman (U.S. District Judge) | MDL -3078  IN RE: Generac Solar Power Systems Marketing, Sales Practices and Products Liability Litigation | 8 | 9 |
| WVN | Thomas S. Kleeh (Chief Judge, USDC) | MDL -3103  IN RE: Aflibercept Patent Litigation | 5 | 10 |
| **Report Totals:** | | 157 | 197,264 | 341,680 |

Total Number of MDL Dockets: **157**
Total Number of Transferee Districts:  **45**

Total Number of Transferee Judges: **135**
  15  Chief Judge, USDC
   1  Magistrate Judge
  42  Sr. District Judge
  77  U.S. District Judge

| -- All Counts Are Based on the Report Filters Selected When Running the Report -- |
|---|

| Docket Count | Range of the Number of Actions *PENDING* in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 38 | MDLs with between 0 and 10 Pending Actions | 24.2% | 139 | 0.07% |
| 70 | MDLs with between 11 and 100 Pending Actions | 44.59% | 2,359 | 1.2% |
| 27 | MDLs with 101 and 999 Pending Actions | 17.2% | 9,459 | 4.8% |
| 22 | MDLs with 1,000 or more Pending Actions | 14.01% | 185,307 | 93.94% |

| Docket Count | Range of the Number of *TOTAL* Actions in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 14 | MDLs with between 0 and 10 Actions | 8.92% | 91 | 0.03% |
| 72 | MDLs with between 11 and 100 Actions | 45.86% | 2,448 | 0.72% |
| 32 | MDLs with 101 and 999 Actions | 20.38% | 9,517 | 2.79% |
| 39 | MDLs with 1,000 or more Actions | 24.84% | 329,624 | 96.47% |